Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   1 310 277 4110
Facsimile:   1 310 277 4730

Attorneys for Second Named Defendant
X CORP., Successor In Interest to First Named
Defendant, Twitter, Inc.

ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
**ETHAN JACOBS LAW CORPORATION**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiff
SYNDIO SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Syndio Solutions, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Twitter, Inc. and X Corp., Inc.,<br><br>    Defendants. | CASE NO. 3:24-cv-2316-CRB<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

Pursuant to Civil Local Rule 6-1(a), plaintiff Syndio Solutions, Inc. ("Syndio") and second named defendant X Corp., as successor in interest to first named defendant Twitter, Inc. ("X Corp."), by and through their respective attorneys of record, hereby stipulate to extend X Corp.'s deadline to respond to the complaint by 21 days from May 20, 2024, to June 10, 2024.

WHEREAS, on April 18, 2024, Syndio filed its Complaint (ECF 1) in this Court.

WHEREAS, on April 29, 2024, Syndio served the Complaint and the summons on X Corp.

WHEREAS, X Corp. has requested, and Syndio has agreed under Civil Local Rule 6-1(a), to extend the deadline for X Corp. to respond to the Complaint by 21 days, from May 20, 2024, to June 10, 2024.

WHEREAS, the extension of time to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order.

WHEREAS, the extension of time to respond to the Complaint is not sought for the purpose of unnecessary delay.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that X Corp.'s deadline to file its response to the Complaint shall be extended 21 days to and including June 10, 2024.

Dated: May 13, 2024     **McDERMOTT WILL & EMERY LLP**

By: */s/ Jonathan Hawk*
JONATHAN HAWK
Attorneys for Second Named Defendant X CORP., successor in interest to First Named Defendant TWITTER, INC.

Dated: May 13, 2024     **ETHAN JACOBS LAW CORPORATION**

By: */s/ Ethan Jacobs*
ETHAN JACOBS
Attorneys for Plaintiff
SYNDIO SOLUTIONS, INC.

### **DECLARATION OF JONATHAN HAWK**

I, J. Jonathan Hawk, declare:

1. I am a partner of the law firm McDermott Will & Emery LLP, attorneys of record in this action for defendant X Corp., as successor in interest to first named defendant Twitter, Inc. ("X Corp."). I have personal knowledge of the facts set forth herein and could testify competently thereto if called upon to do so.

2. Ethan Jacobs, Syndio Solutions, Inc.'s attorney of record, concurred in the filing of the attached joint stipulation, which concurrence shall serve in lieu of his signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after resolution of the action, including appeal, if any.

Dated: May 13, 2024          **McDERMOTT WILL & EMERY LLP**

By:   */s/ Jonathan Hawk*
JONATHAN HAWK
Attorneys for Second Named Defendant X CORP., successor in interest to First Named Defendant TWITTER, INC.