ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiff
Syndio Solutions, Inc.

J. JONATHAN HAWK (SBN 254350)
McDERMOTT WILL & EMERY LLP
jhawk@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4181

Attorneys for X Corp., as successor in interest
to named defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Syndio Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Twitter Inc. and X Corp., Inc., <br><br> Defendants. | Case No. 3:24-cv-2316-CRB <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**: ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Syndio Solutions, Inc. ("Plaintiff" or "Syndio"), and X Corp., as successor in interest to named defendant Twitter, Inc. ("X Corp.") hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Dated:  July 3, 2024                              ETHAN JACOBS LAW CORPORATION

                                                  By: /s/  Ethan Jacobs
                                                          Ethan Jacobs

                                                  Attorneys for Plaintiff
                                                  Syndio Solutions, Inc.

Dated:  July 3, 2024                              McDERMOTT WILL & EMERY LLP

                                                  By: /s/ J. Jonathan Hawk
                                                          J. Jonathan Hawk

                                                  Attorneys for X Corp., as successor in interest to named defendant Twitter, Inc.

**FILER'S ATTESTATION**

I, Ethan Jacobs, am the ECF user whose identification and password are being used to file the Stipulation of Dismissal of Action with Prejudice. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                    /s/ Ethan Jacobs

ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiff
Syndio Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Syndio Solutions, Inc., <br><br> Plaintiff, <br> v. <br><br> Twitter, Inc. and X Corp., Inc., <br><br> Defendants. | Case No. 3:24-cv-2316-CRB <br><br> ~~PROPOSED~~ ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated this 15th day of July 2024.

*[signature]*

Hon. Charles R. Breyer

~~PROPOSED~~ ORDER                                                      CASE NO. 3:24-cv-2316-CRB